UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN SIMMONS, | ) | |
| Plaintiff, | ) | No. 12 cv 1030 EJM |
| vs. | ) | ORDER |
| MATTHEW CONNEALY, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' unresisted Motion to Dismiss the Amended Complaint for improper venue under 28 U.S.C. section 1406(a), filed November 15, 2013. This case involves title to real property in Pender, Nebraska. Plaintiff has filed no resistance to defendants' motion to dismiss. Granted.

It is therefore

ORDERED

Granted.

December 13, 2013.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT